NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10465 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-01172-DCB |
| v. | |
| ANNA VERONICA MURRIETA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted November 16, 2010[**]

Before:     TASHIMA, BERZON, and CLIFTON, Circuit Judges.

    Anna Veronica Murrieta appeals from the 37-month sentence imposed

following her guilty-plea conviction for possession with intent to distribute

marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).  We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

------

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Murrieta contends that the district court procedurally erred by failing to consider her individual circumstances and arguments for a lower sentence.  The record indicates that the district court considered Murrieta's arguments in light of the 18 U.S.C. § 3553(a) sentencing factors and did not otherwise procedurally err.  *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

Murrieta also contends that her sentence is substantively unreasonable.  In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), her sentence at the bottom of the Guidelines range is reasonable.  *See Carty*, 520 F.3d at 993-94.

**AFFIRMED.**